**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

MARK W. DOBRONSKI,

      Plaintiff,

v.                                                          Case No. 20-12862

MANASSEH JORDAN MINISTRIES, INC., et al.,

      Defendants.

_____/

**ORDER TERMINATING AS MOOT DEFENDANTS' MOTIONS TO DISMISS**

On November 2, 2020, Defendant YTEL, Inc. filed a motion to dismiss. (ECF No. 4.) The next day, on November 3, 2020 the same Defendant filed an "Amended Motion to Dismiss and Brief in Support." (ECF No. 6.)

On November 9, 2020, Defendants Carlington Management Associates, Inc., Natasha A. Christian, Jonothan D. Foreman, Aaron B. Jordan, Frank Peter Juliano, Luther Clyde McKinstry, III, Santander Holdings LLC, Serving Hands Community Development Corporation, Jesse Dean Spencer, and Worship Center of Atlanta, Inc. filed a motion to dismiss. (ECF No. 37.) On November 11, 2020 these Defendants filed an "Amended" Motion to Dismiss. (ECF No. 44.)

Since both of the "amended" motions to dismiss appear to update and supplant the previous version of the motion, the court will not consider the earlier motions. For docket clarity, the court will terminate those motions. Therefore, Plaintiff should disregard the initial versions of these two motions and respond only to the "amended" motions. Accordingly,

IT IS ORDERED that Defendants' "Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2), or, Alternatively, Pursuant to Fed. R. Civ. P. 12(b)(6)" (ECF No. 37) and Defendant YTEL, Inc.'s motion to dismiss. (ECF No. 4) are TERMINATED AS MOOT.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 10, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 10, 2020, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-12862.DOBRONSKI.denying.MTD.moot.AAB.docx